**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HERMES IP MANAGEMENT LLC,<br>*Plaintiff*,<br>v.<br>LENOVO GROUP LTD.,<br>*Defendant*. | Civil Action No. 2:25-cv-00944<br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Hermes IP Management LLC and Lenovo Group Ltd. jointly move for the entry of the Protective Order attached to this motion.

Dated: December 22, 2025

/s/ _Justin P.D. Wilcox___________
Melissa R. Smith
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Michael E. Jones
Shaun William Hassett
**POTTER MINTON**
102 North College, Suite 900
Tyler, TX 75702
Telephone: (903) 525-2239
Facsimile: (903) 531-3939
mikejones@potterminton.com
shaunhassett@potterminton.com

Justin P.D. Wilcox (admitted in E.D. Tex.)
David Shaw (admitted *pro hac vice*)
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
LenovoHermesDLLPService@desmaraisllp.com

Peter Magic (admitted *pro hac vice*)
Kyle Curry (admitted *pro hac vice*)
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
Email:
LenovoHermesDLLPService@desmaraisllp.com

Karim Oussayef (admitted *pro hac vice*)
Carson Olsheski (admitted *pro hac vice*)
Caitri Feddeler (admitted *pro hac vice*)
Amy Wann (admitted *pro hac vice*)
Paul S. Macri (admitted *pro hac vice*)
**DESMARAIS LLP**

Respectfully submitted,

/s/ Neal Massand
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75251
Tel: (972) 331-4600
Fax: (972) 314-0900

Counsel for Plaintiff Hermes IP Management LLC

230 Park Avenue, 26th Floor
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
Email:
LenovoHermesDLLPService@desmaraisllp.com

*Counsel for Defendant Lenovo Group LTD*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on December 22, 2025 with a copy of this document via the Court's CM/ECF.

*/s/ Neal Massand*
Neal Massand

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 22, 2025, that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The foregoing joint motion is unopposed.

*/s/ Neal Massand*
Neal Massand