**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HERMES IP MANAGEMENT LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00944-JRG |
| | § | |
| LENOVO GROUP LTD., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Unopposed Motion for Withdrawal of Counsel (the "Motion") filed by Defendant Lenovo Group Ltd ("Defendant"). (Dkt. No. 49). In the Motion, Defendant "moves this Court for an order withdrawing David J. Shaw as attorney of record in the above-captioned matter." (*Id.* at 1). Defendant represents that it "will remain represented by Desmarais LLP." (*Id.*). The Motion is unopposed. (*Id.*).

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that David J. Shaw be permitted to **withdraw** as counsel of record for Defendant in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** David J. Shaw as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 24th day of March, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE