**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HERMES IP MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO GROUP LTD,<br><br>Defendant. | Case No. 2:25-cv-00944-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT LENOVO GROUP LTD'S UNOPPOSED MOTION FOR THE COURT TO ISSUE LETTERS OF REQUEST (LETTERS ROGATORY) UNDER THE HAGUE CONVENTION**

Pursuant to Fed. R. Civ. P. 28(b) and the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, Defendant Lenovo Group Ltd. ("Lenovo") respectfully requests that this Court issue letters of request for: (1) The Production of Documents and Things from Jin-Seung Choi (attached hereto as Exhibit 1); (2) The Production of Documents and Things from Jae-Chul Lim (attached hereto as Exhibit 2); (3) The Production of Documents and Things from Jae-Bum Park (attached hereto as Exhibit 3); (4) The Production of Documents and Things from Hong-Keun Ji (attached hereto as Exhibit 4); (5) The Production of Documents and Things from Jong-Ho Kim (attached hereto as Exhibit 5); (6) The Production of Documents and Things from Do-Wan Kim (attached hereto as Exhibit 6); (7) The Production of Documents and Things from Hyun-Jun Oh (attached hereto as Exhibit 7); (8) The Production of Documents and Things from Dong-Won Na (attached hereto as Exhibit 8); (9) The Production of Documents and Things from Won-Hee Sull (attached hereto as Exhibit 9); (10) The Production of Documents and Things from Youngmin Park (attached hereto as Exhibit 10);(11) The Production of Documents and Things from Hoojong Kim (attached hereto as Exhibit 11); (12) The Production

of Documents and Things from Seong Soo Park (attached hereto as Exhibit 12); (13) The Production of Documents and Things from Sang Shin Lee (attached hereto as Exhibit 13); (14) The Production of Documents and Things from Jae Hwang Yu (attached hereto as Exhibit 14); (15) The Production of Documents and Things from Jong Tae Ihm (attached hereto as Exhibit 15); (16) The Production of Documents and Things from Arista Holdings Co., Ltd. (attached hereto as Exhibit 16) (collectively "Letters of Request"). Lenovo has conferred with the Plaintiff; this Motion is unopposed.

The Letters of Request seek assistance from authorities in the Republic of Korea to obtain documents from Jin-Seung Choi, Jae-Chul Lim, Jae-Bum Park, Hong-Keun Ji, Jong-Ho Kim, Do-Wan Kim, Hyun-Jun Oh, Dong-Won Na, and Won-Hee Sull, the named inventors on the asserted U.S. Patent No. 9,613,060 (the "'060 Patent"); Youngmin Park and Hoojong Kim, the named inventors on the asserted U.S. Patent No. 8,855,720 (the "'720 Patent"); and Seong Soo Park, Sang Shin Lee, Jae Hwang Yu, and Jong Tae Ihm, the named inventors on the asserted U.S. Patent No. 8,537,977 (the "'977 Patent").

A Hague Evidence Convention signatory may request that the competent authority of another signatory assist in obtaining evidence from its residents for use in judicial proceedings. The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, art. 1, Mar. 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444 ("Hague Evidence Convention"); *see* 28 U.S.C. § 1781(b)(2); *Société Nationale Industrielle Aérospatiale v. U.S. Dist. Ct. for the S. Dist. of Iowa,* 482 U.S. 522, 524 (1987). The United States and the Republic of Korea are both signatories to the Hague Evidence Convention. *See* Exhibit 17 (Hague Conference on Private International Law, Conventions: Signatures, Ratifications, Approvals and Accessions, Status on 1 May 2025).

Plaintiff Hermes IP Management LLC, in its First Amended Complaint ("FAC"), alleges that Lenovo infringes at least Claims 1, 3–7, 9, and 11–12 of the '060 Patent, Claims 1–6, 8–11, and 13–15 of the '720 Patent, and Claims 6–9 and 18–19 of the '977 Patent. Dkt. 24 ¶¶ 40–71. Jin-Seung Choi, Jae-Chul Lim, Jae-Bum Park, Hong-Keun Ji, Jong-Ho Kim, Do-Wan Kim, Hyun-Jun Oh, Dong-Won Na, Won-Hee Sull, Youngmin Park, Hoojong Kim, Seong Soo Park, Sang Shin Lee, Jae Hwang Yu, and Jong Tae Ihm ("the Named Inventors") are believed to reside in the Republic of Korea.

Lenovo believes that the Named Inventors are likely to have information that is relevant to Lenovo's defenses. For example, the Named Inventors are likely to have information relating to the prosecution, conception, and reduction to practice of the '060, '720, and '977 Patents, including awareness of prior art, which bears on, among other things, the appropriate scope of the asserted claims and validity.

The documents that Lenovo seeks are not otherwise obtainable from Plaintiff in this case. The Named Inventors are not affiliated with the Plaintiff and likely possess relevant documents and knowledge of the '060 Patent, the '720 Patent, and the '977 Patent solely within their control.

Accordingly, Lenovo requests that the Court grant this motion and issue the Letters of Request (attached as Exhibits 1–16). Lenovo further requests that, after the Court has signed the Letters of Request, the Clerk of this Court authenticate the Court's signatures under the seal of this Court and return the original signed and sealed executed Letters of Request, and two certified copies of each of the signed and sealed executed Letters, to Lenovo's counsel, for delivery to the proper authority in the Republic of Korea.

Dated: August 18, 2026

Respectfully submitted,

/s/ *Jon V. Swenson*
Jon V. Swenson
Attorney at Law
61295 Gorge View St.
Bend, OR 97702
Telephone: (650) 773-9185
Email: jvswensonlaw@gmail.com

*Counsel for Defendant Lenovo Group LTD*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF system per Local Rule CV-5(a)(3) on August 18, 2026.

**/s/ *Jon V. Swenson***
Jon V. Swenson

**CERTIFICATE OF CONFERENCE**

I certify that, on Tuesday, August 18, 2026, I conferred with counsel for Plaintiff to discuss the relief requested in this motion, in compliance with Local Rule CV-7. Counsel for Plaintiff indicated that Plaintiff does not oppose the requested relief.

***/s/ Jon V. Swenson***
Jon V. Swenson