**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HERMES IP MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO GROUP LTD,<br><br>Defendant. | Case No. 2:25-cv-00944-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER**

Plaintiff Hermes IP Management LLC and Lenovo Group Ltd. jointly move for the entry of the Supplemental Protective Order applicable to third party Google LLC's designated material, attached to this motion as Exhibit 1.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Neal G. Massand*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 325-2220
Fax: (972) 314-0900

*Counsel for Plaintiff Hermes IP Management LLC*

*/s/ Melissa R. Smith*
Melissa Smith
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Michael E. Jones
Shaun William Hassett
**POTTER MINTON**
102 North College, Suite 900
Tyler, TX 75702
Telephone: (903) 525-2239
Facsimile: (903) 531-3939
mikejones@potterminton.com
shaunhassett@potterminton.com

Justin P.D. Wilcox (admitted in E.D. Tex.)
Caitri Feddeler (admitted *pro hac vice*)
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
LenovoHermesDLLPService@desmaraisllp.com

Peter Magic (admitted *pro hac vice*)
Kyle Curry (admitted *pro hac vice*)
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
Email:
LenovoHermesDLLPService@desmaraisllp.com

Karim Oussayef (admitted *pro hac vice*)
Carson Olsheski (admitted *pro hac vice*)
Amy Wann (admitted *pro hac vice*)

Paul Macri (admitted *pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue, 26th Floor
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
Email:
LenovoHermesDLLPService@desmaraisllp.
com

*Counsel for Defendant Lenovo Group LTD*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 26, 2026. As of this date, all counsel of record who have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Melissa R. Smith*
Melissa R. Smith